UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2018 AUG 28  AM 10: 32

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CR. No. _18-t-032_  2:18-cr-20350 |
| v. ) | 18 U.S.C. § 922(g)(1) |
| JUSTIN JOHNSON, ) | 21 U.S.C. § 841(a)(1) |
| Defendant. ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about May 15, 2018, in the Western District of Tennessee, the defendant,

**JUSTIN JOHNSON**

did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about May 15, 2018, in the Western District of Tennessee, the defendant,

**JUSTIN JOHNSON**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Glock .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

DATED: _8/16/18_

_D. Michael Dunavant_
D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2018 AUG 28 AM 10: 32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN JOHNSON,<br><br>    Defendant. | CR. No. 18-J-032<br><br>18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1) |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 5 yrs. imprisonment; nmt $250,000 fine, or both; nlt a 2 yr. period of supervised release or after a prior drug felony conviction nmt 10 yrs. imprisonment, nmt $500,000 fine, or both; nlt a 4yr. period of supervised release, and a special assessment of $100; see 18 U.S.C. §3013(a)].

### COUNT 2

[nmt 10 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100, but if the defendant has three prior convictions for violent felonies or serious drug offenses, then nlt 15 yrs. imprisonment, and nmt life imprisonment, see 18 U.S.C. § 924(e), nmt $250,000 fine, or both, nmt a 5 yr. period of supervised release, and a special assessment of $100; see 18 U.S.C. § 3013 (a)].